**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Cr. No. CR 05-100T |
| | : | In violation of |
| | : | 18 U.S.C. §§922(g)(1) |
| MILQUAN LYLES | : | |

**INDICTMENT**

The Grand Jury charges:

COUNT 1

On or about May 19, 2005, in the District of Rhode Island, the defendant, MILQUAN LYLES, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, that is, an Iberia .40 caliber semiautomatic pistol, model JS40, serial number 007844, in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney

Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U.S. Attorney

DATED: September 14, 2005