# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

RECEIVED ***Case No. CR05-100T***

**To:** ***WARDEN***
***ACI***
***CRANSTON, RI***

NOV 21 2006
US MARSHALS
RHODE ISLAND

YOU ARE HEREBY COMMANDED, to have the **body** of **MILQUAN LYLES**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the 27th day of **November, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I held [illegible] before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: November 21, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT

***by*** ***Jeannine Noel - Deputy Clerk***