United States District Court District of Rhode Island

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR05-100T***

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

NOV 2[illegible] 2006

[illegible] RHODE ISLAND

YOU ARE HEREBY COMMANDED, to have the **body** of **MILQUAN LYLES**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the 27th day of **November, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible] and return that [illegible] named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: November 21, 2006.

David A. DiMarzio, Clerk

ARRAIGNMENT

***by*** ___
***Jeannine Noel - Deputy Clerk***