UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR05-100T |
| MILQUAN LYLES | : | |

MOTION TO WITHDRAW

NOW COMES the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender, and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. In support of this motion, counsel states that a conflict exists between the Office of the Federal Public Defender and the Defendant. The conflict was discussed with Mr. Lyles and he agreed that it would be in his best interest to have a CJA Panel attorney appointed to represent him in this matter.

Respectfully submitted
Milquan Lyles
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Terrence P. Donnelly, Assistant United States Attorney, on December 19, 2006.

/s/ Kevin J. Fitzgerald