UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR05-100T |
| MILQUAN LYLES | : | |

MOTION TO WITHDRAW

NOW COMES the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender, and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. In support of this motion, counsel states that a conflict exists between the Office of the Federal Public Defender and the Defendant. The conflict was discussed with Mr. Lyles and he agreed that it would be in his best interest to have a CJA Panel attorney appointed to represent him in this matter.

The government, through AUSA Terrence P. Donnelly, has indicated it has no objection to the granting of this motion.

Respectfully submitted
Milquan Lyles
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Terrence P. Donnelly, Assistant United States Attorney, on December 20, 2006.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR05-100T |
| MILQUAN LYLES | : | |

MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

Counsel, the Federal Public Defender, has moved to withdraw from the representation on Mr. Lyles in this matter. A conflict of interest exists between Mr. Lyles and the Federal Defender relative to these charges. The basis of the conflict is the prior representation of an arresting officer in a criminal matter by Assistant Federal Defender Ed Roy. Counsel has discussed the situation with Mr. Roy and Assistant United States Attorney Terrence Donnelly, and Mr. Lyles. Pursuant to these discussions the best course of action is for the Federal Defender to withdraw from this case. Withdrawal will eliminate the conflict.

Respectfully submitted
Milquan Lyles
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Terrence P. Donnelly, Assistant United States Attorney, on December 20, 2006.

/s/ Kevin J. Fitzgerald