UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR05-100T

MILQUAN LYLES :

## MOTION TO CONTINUE TRIAL

Now comes Milquan Lyles, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue the trial empanelment, and other proceedings, in this matter for thirty (30) days. Presently there is a motion to withdraw pending with the Court and as of the date of the drafting of this motion, a decision has not been rendered.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Milquan Lyles
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Terrence P. Donnelly, Assistant United States Attorney, on January 5, 2007.

/s/ Kevin J. Fitzgerald