UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-100T

MILQUAN LYLES

**ORDER**

Upon motion of the defendant to continue the trial presently scheduled for January 16, 2007, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, United States v. Milquan Lyles CR No. 05-100T, is vacated, the case will be scheduled for impanelment on February 20, 2007 and the time from the date of this order through February 20, 2007, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

B. H. [signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Senior U.S. District Judge
Date: 1/10 , 2007