UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CASE NO. 05-100T

MILQUAN LYLES

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE AND PRE-TRIAL ORDER DEADLINES**

Now comes the Defendant Milquan Lyles who hereby moves this honorable court for a one-month continuance of the jury empanelment and trial dates for this case, presently scheduled for February 15, 2007 and February 20, 2007, respectively. Defendant also moves for corresponding one month continuance of the deadlines for filing motions and pre-trial memorandum, presently scheduled for February 8, 2007 and February 13, 2007, respectively.

The reason for this motion is that counsel was recently appointed to represent Mr. Lyles and requires additional time to investigate and prepare the case.

Any delay in the trial of this case resulting from this motion is excludable time under the Speedy Trial Act.

DEFENDANT
MILQUAN LYLES
By his attorneys,
McKENNA & McCORMICK

/s/ James T. McCormick
**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

## CERTIFICATION

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Asst. U. S. Atty. Terrence Donnelly
**U. S. Department of Justice**
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ James T. McCormick