**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-100T** |
| | : | |
| **MILQUAN LYLES** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE AND PRE-TRIAL ORDER DEADLINES**

In the above-captioned case, the defendant has moved that the trial date, as well as the pre-trial order deadlines, be continued for one month. As The government does not object.

Given that counsel for the defendant has only recently been appointed, the government believes that the ends of justice would be served by the brief continuance sought.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/S/ Terrence P. Donnelly
TERRENCE P. DONNELLY (#3506)
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (FAX)

**CERTIFICATION**

I hereby certify that a true copy of the within Government's Response to Defendant's Motion for Continuance of Trial Date and Pre-trial Order Deadlines was filed electronically on February 13, 2007, and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

James T. McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

/S/ Terrence P. Donnelly